UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| *In Re:* ) | |
| ) | Case No. 17-58462-pmb |
| KASHKA SCOTT, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| RES-GA TWO, LLC, ) | |
| ) | |
| Plaintiff, ) | Adversary Proceeding |
| ) | No. 17-05212-pmb |
| v. ) | |
| ) | |
| KASHKA SCOTT, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT**

I hereby certify under penalty of perjury that the service of the Summons and Complaint Objecting to Discharge and to Dischargeability of Debt ("Complaint") filed in the above-styled proceeding was made pursuant to Fed.R.Bankr.P. 7004(b) on August 14, 2017 by placing a true and correct copy of the Summons and in the First Class United States certified mail, return receipt requested, postage fully pre-paid properly addressed to the to the individuals and

-1-

entities on **Exhibit "A".**

    This <u>15th</u> day of August, 2017.

                                             **ROGERS LAW OFFICES**

                                             <u>*/s/ Lawrence Lee Washburn IV*</u>
                                             Beth E. Rogers
                                             Georgia Bar No. 612092
                                             Lawrence Lee Washburn IV
                                             Georgia Bar No. 562374
                                             The Equitable Building
                                             100 Peachtree Street, Suite 1950
                                             Atlanta, Georgia 30303
                                             Telephone: 770-685-6320
                                             Facsimile: 678-990-9959
                                             <u>brogers@berlawoffice.com</u>
                                             *Attorneys for Plaintiff*

# EXHIBIT A

Leonard R. Medley, III, Esq.
Medley & Associates, LLC
Suite 1450
2727 Paces Ferry Road
Atlanta, GA 30339

Kashka Scott
437 Harper Road SE
Atlanta, GA 30315