**IT IS ORDERED as set forth below:**



**Date: September 12, 2018**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | CASE NO. **17-58462-PMB** |
| **KASHKA SCOTT,** | : | CHAPTER 7 |
| Debtor. | : | |
| | : | |
| **NCP BAYOU II, LLC, as the assignee of RES-GA TWO, LLC**, | : | |
| | : | ADVERSARY PROCEEDING |
| Plaintiff, | : | |
| | : | NO. **17-5212** |
| v. | : | |
| **KASHKA SCOTT,** | : | |
| Defendant. | : | |

## JUDGMENT DENYING DISCHARGE OF DEBTOR

The above adversary proceeding having come before the Court on the *Plaintiff's Motion for Summary Judgment*, filed by the Plaintiff named above (the "Plaintiff") on June 27, 2018 (Docket

No. 19)(the "Motion") along with supporting documents, in which the Plaintiff seeks judgment on certain counts of the Complaint filed by the Plaintiff herein on August 11, 2017 (Docket No. 1)(the "Complaint"), and the Court having granted the Motion to the extent provided in an Order entered of even date (the "Order"), it is

**ORDERED AND ADJUDGED** that the Order is made a Judgment of the Court; and, it is further

**ORDERED AND ADJUDGED** that the discharge of the above-named Defendant-Debtor is **denied** pursuant to 11 U.S.C. §§ 727(a)(3) and (a)(4) as set forth in Counts V and VI of the Complaint. In view of the foregoing, all remaining counts set forth in the Complaint are moot.

The Clerk is directed to serve a copy of this Judgment upon counsel for the Plaintiff, counsel for the Defendant-Debtor, the Chapter 7 Trustee, all parties in interest filing notices of appearance in the Main Bankruptcy Case and related adversary proceedings, and the United States Trustee.

**[END OF DOCUMENT]**